**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

| | | |
|---|---|---|
| ZURICH AMERICAN INSURANCE COMPANY, AS SUBROGEE OF RETIAL CONCEPTS, INC., D/B/A SUN & SKI SPORTS, | § § § § § | |
| Plaintiff, | § § | CIVIL ACTION NO.:_____ |
| V. | § § | |
| AMERICAN FREIGHT OUTLET STORES, LLC, | § § § | |
| Defendant. | § § | |

## DEFENDANT AMERICAN FREIGHT OUTLET STORES, LLC'S NOTICE OF REMOVAL

Defendant American Freight Outlet Stores, LLC ("American Freight") files this Notice of Removal:

## I.
## BACKGROUND

1.1    On October 14, 2021, Plaintiff Zurich American Insurance Company, as subrogee of Retail Concepts, Inc. d/b/a Sun & Ski Sports ("Plaintiff") filed this lawsuit in Tarrant County, Texas against American Freight.

1.2    Plaintiff served American Freight with a copy of the Original Petition on October 18, 2021.  Plaintiff's Original Petition contains a jury demand.

1.3    American Freight files this notice of removal within 30 days of receiving Plaintiff's initial pleading.  *See* 28 U.S.C. § 1446(b).  In addition, this Notice of Removal is being filed within one year of the commencement of this action.  *See id.*

1.4    All process, pleadings, and orders in the state court action are attached to this Notice as required by 28 U.S.C. § 1446(a).  A copy of this Notice is also concurrently being filed with the state court and served upon Plaintiff.

1.5    As required by 28 U.S.C. § 1446(a), and Rule 81 of the Local Rules for the United States District Court of the Northern District of Texas, the following is attached to this Notice of Removal:

**Exhibit A:**    **Index of Matters Being Filed**

**Exhibit B:**    **Case Docket Sheet**

**Exhibit C:**    **Plaintiff's Original Petition**

**Exhibit D:**    **Citation and Return of Service for American Freight**

**Exhibit E:**    **Defendant American Freight's Original Answer to Plaintiff's Original Petition**

**Exhibit F:**    **List of Parties and Counsel**

**Exhibit G:**    **Certificate of Interested Persons**

1.6    Venue is proper in this Court under 28 U.S.C. § 1441(a) because this district and division embrace Tarrant County, Texas, the place where the removed action has been pending.

## II.
## BASIS FOR REMOVAL

2.1    Removal is proper based on diversity of citizenship under 28 U.S.C. §§ 1332(a), 1441(a) and 1446. This is a civil action between citizens of different states, and the amount in controversy exceeds the sum of $75,000.00, exclusive of interest and costs.

**A.    The Proper Parties Are Of Diverse Citizenship.**

2.2    Plaintiff is, and was at the time the lawsuit was filed, a resident and citizen of Texas.

2.3     American Freight was, at the time this action commenced, and still is, a foreign company doing business in the State of Texas.  American Freight's is registered in the state of Delaware and its principal place of business is in Ohio.

2.4     Because Plaintiff is a citizen of Texas and American Freight is a citizen of a foreign state, complete diversity of citizenship exists among the parties.

**B.     The Amount in Controversy Exceeds $75,000.00.**

2.5     This is a civil action in which the amount in controversy exceeds $75,000.00. Plaintiff alleges that it is entitled to subrogation from American Freight for a loss resulting from fire.  Plaintiff's Petition states that "[t]he total damages arising from the Loss are $1,597,670.89." Because it is clear from the face of the Petition that Plaintiff's alleged damages exceed $75,000.00, removal is proper.

**III.**
**<u>CONCLUSION AND PRAYER</u>**

3.1     Accordingly, all requirements are met for removal under 28 U.S.C. §§ 1332 and 1441.  American Freight hereby removes this case to this Court for trial and determination.

Respectfully submitted,

THOMPSON, COE, COUSINS & IRONS, L.L.P.

*/s/ Rhonda J. Thompson*
**Rhonda J. Thompson**
State Bar No. 24029862
**Drew A. Jones**
State Bar No. 24083269

**THOMPSON, COE, COUSINS & IRONS, LLP**
700 N. Pearl Street, 25th Floor
Dallas, Texas 75201
Telephone:   (214) 871-8200
Facsimile:    (214) 871-8209
rthompson@thompsoncoe.com
drew.jones@thompsoncoe.com

**COUNSEL FOR AMERICAN FREIGHT
OUTLET STORES, LLC**

## <u>CERTIFICATE OF SERVICE</u>

This is to certify that a true and correct copy of the foregoing document was served on all parties on November 17, 2021.

Stephen M. Halbeisen
1717 Main Street, Suite 3100
Dallas, Texas 75201
Tel: (214) 462-3000
Fax: (214) 462-3299
E-mail: shalbeisen@cozen.com

*/s/ Drew A. Jones*
Drew A. Jones

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

| | | |
|---|---|---|
| **ZURICH AMERICAN INSURANCE** | § | |
| **COMPANY, AS SUBROGEE OF RETAIL** | § | |
| **CONCEPTS, INC., D/B/A SUN & SKI** | § | |
| **SPORTS,** | § | |
| | § | |
| **Plaintiff,** | § | **CIVIL ACTION NO. _____** |
| | § | |
| **V.** | § | |
| | § | |
| **AMERICAN FREIGHT OUTLET** | § | |
| **STORES, LLC,** | § | |
| | § | |
| **Defendant.** | | |

<u>**INDEX OF MATTERS BEING FILED**</u>

Pursuant to Rule 81 of the Local Rules of the United States District Court for the Northern District of Texas, the following is an index of matters being filed in this case:

1.    Index of Matters Being Filed (Exhibit A)

2.    Case Docket Sheet (Exhibit B)

3.    Plaintiffs' Original Petition, filed October 14, 2021 (Exhibit C)

4.    Citation and Return of Service for American Freight Outlet Stores, LLC issued October 14, 2021 (Exhibit D)

5.    Defendant American Freight's Original Answer to Plaintiff's Original Petition (Exhibit E)

6.    List of Parties and Counsel (Exhibit F)

7.    Certificate of Interested Persons (Exhibit G)

EXHIBIT
A



# Tarrant County District Clerk Online
## Thomas A. Wilder, District Clerk

Civil Case and Transaction Information                    11/11/2021 11:28 AM

**Court :** [ 017 ▼ ]  **Case :** [ 329669 ]  [ Search ]  [ New Search ]  ☐ Show Service Documents ONLY

**Cause Number : 017-329669-21**                    **Date Filed : 10-14-2021**

ZURICH AMERICAN INSURANCE COMPANY **| VS |** AMERICAN FREIGHT OUTLET STORES, LLC

**Cause of Action :** OTHER CIVIL, OTHER

**Case Status :** PENDING

| File Mark | Description | | | Assessed Fee | Credit/Paid Fee |
|-----------|-------------|---|---|---|---|
| 10-14-2021 | PLTF'S ORIG PET | PDF | N | $289.00 | |
| 10-14-2021 | PAYMENT RECEIVED trans #1 | | Y | | $289.00 |
| 10-14-2021 | JURY FEE | | N | $40.00 | |
| 10-14-2021 | PAYMENT RECEIVED trans #3 | | Y | | $40.00 |
| 10-14-2021 | REQ FOR CIT AND TO BE EMAILED | PDF | | | $0.00 |
| 10-14-2021 | CIT-ISSUED ON AMERICAN FREIGHT OUTLET STORES LLC-On 10/18/2021 | PDF | N  Svc | $8.00 | |
| 10-14-2021 | PAYMENT RECEIVED trans #6 | | Y | | $8.00 |
| 10-19-2021 | AFFDT OF SVC ON AMERICAN FREIGHT OUTLET STORES LLC | PDF | | | $0.00 |
| 10-19-2021 | CIT Tr# 6 RET EXEC(AMERICAN FREIGHT OUTLET STORES LLC) On 10/18/2021 | PDF | | | $0.00 |
| 11-05-2021 | AMERICAN FREIGHT OUTLET STORE'S ORIG ANS | PDF | | | $0.00 |

**EXHIBIT B**

| 11-08-2021 | ***ORD SET TRIAL***(WK OF SEPTEMBER 26, 2022) | | M | | $0.00 |

017-329669-21

FILED
TARRANT COUNTY
10/14/2021 2:56 PM
THOMAS A. WILDER
DISTRICT CLERK

CAUSE NO. _____

| | | |
|---|---|---|
| ZURICH AMERICAN INSURANCE COMPANY, as Subrogee of Retail Concepts, Inc., d/b/a Sun & Ski Sports, | § § § § | IN THE DISTRICT COURT OF |
| Plaintiff, | § § | TARRANT COUNTY, TEXAS |
| v. | § § | |
| AMERICAN FREIGHT OUTLET STORES, LLC, | § § § | ____ JUDICIAL DISTRICT |
| Defendant. | § | |

## PLAINTIFF'S ORIGINAL PETITION

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, ZURICH AMERICAN INSURANCE COMPANY and files this its Original Petition against AMERICAN FREIGHT OUTLET STORES, LLC and for its causes of action Plaintiff would respectfully show the Court as follows:

### I. DISCOVERY PLAN

1.       Pursuant to Rule 190 of the Texas Rules of Civil Procedure, Plaintiff hereby gives notice to the Court and all parties concerned that discovery in the above matter will be conducted under Level 3 of this Rule.

### II. PARTIES

2.       Plaintiff ZURICH AMERICAN INSURANCE COMPANY, as Subrogee of Retail Concepts, Inc., d/b/a Sun & Ski Sports (hereinafter "ZAIC"), is a New York corporation engaged in the insurance business with a statutory home office located at 4 World Trade Center, 150 Greenwich Street, New York, NY 10007, and its principal place of business located at 1299 Zurich

EXHIBIT
C

Way, Schaumburg, Illinois 60196. It is authorized to transact business and has transacted business in the state of Texas.

      3.     Defendant AMERICAN FREIGHT OUTLET STORES, LLC is a company duly formed and existing under the laws of the state of Delaware with its principal place of business located at 5500 Trillium Blvd., Suite 501, Hoffman Estates, IL 60192-3402. Defendant may be served through and by its agent for service of process as follows:

**AMERICAN FREIGHT OUTLET STORES, LLC**
**c/o The Corporation Trust Company**
**Corporation Trust Center**
**1209 Orange St.**
**Wilmington, DE 19801**

Plaintiff requests that a Citation be issued to allow for service on Defendant.

### III.  JURISDICTION AND VENUE

      4.     This Court has jurisdiction over this cause of action because the amount in controversy, exclusive of interest and costs, exceeds the jurisdictional threshold of this Court.

      5.     Venue is proper in Tarrant County, Texas pursuant to 15.002(a)(1) of the Tex. Civ. Prac. & Rem. Code, because the events giving rise to the claim occurred in Tarrant County, Texas and the property that was damaged as a result of the Loss is located in Tarrant County, Texas.

      6.     This court has jurisdiction over Defendant AMERICAN FREIGHT OUTLET STORES, LLC because it: (1) transacted business and/or entered into sales contracts or agreements to supply goods and services that it knew would be distributed and sold to persons within the state of Texas; (2) engaged in a course of conduct more specifically set forth below that resulted in injury to persons or property within the state of Texas; (3) committed a tort within the state of Texas; and (5) otherwise subjected themselves to the jurisdiction of courts sitting in the state of Texas in accordance with the minimum contacts notion of due process.

      7.     This Court has jurisdiction over this cause of action because the amount in controversy, exclusive of interest and costs, exceeds the jurisdictional threshold of this Court. The total damages arising from the Loss are $1,597,670.89.

## IV.  FACTS

8.      The Landlord of the Mall is Grapevine Mills Mall Limited Partnership ("GMMLP").  GMMLP does not have any officers or directors and is managed by TMC as General Partner.  Simon Property Group, LP is the property management company.

9.      At all relevant times, Retail Concepts, Inc. d/b/a Sun & Ski Sports ("Retail Concepts") leased Suite #119 at the Grapevine Mills Mall, located at 3000 Grapevine Mills Parkway, Grapevine, Texas ("the Mall").

10.     On June 22, 2020, a fire occurred ("the Fire" or "the Loss") at the Mall inside American Freight's leased space.

11.     Smoke and soot from the Fire entered Retail Concepts' suite through the opening at the top of a common wall between the American Freight and Retail Concepts suites and damaged Retail Concepts' inventory and personal property therein.

12.     ZAIC's investigation revealed that the Fire was caused by the failure of a metal halide lamp (bulb) in American Freight's space.  The lamp burst and ejected molten glass onto American Freight's inventory below the fixture.  The fire ensued within the American Freight space.

13.     At all relevant times, American Freight was solely responsible for the lighting equipment within its store, including all lighting fixtures and lamps, and it was responsible for the selection, installation, inspection, operation, replacement and maintenance of same.

14.     The Loss and ZAIC's damages occurred as a direct and proximate result of American Freight's negligent acts and/or omissions, including but not limited to American Freight's failure to properly select, install, inspect, replace, operate and maintain the metal halide lighting equipment in its space.

15.     Plaintiff ZAIC issued a policy of insurance to Retail Concepts that insured its business and property against damage, loss and/or peril.

16.     Retail Concepts made a claim to Plaintiff ZAIC under its property insurance policy for damages arising from the Loss.  Pursuant to the terms if its policy, Plaintiff ZAIC has made

payments to and/or on behalf of Retail Concepts for covered damages arising from the Loss. To the extent of payments made by ZAIC for such damages, Plaintiff is legally, contractually and equitably subrogated to the rights of Retail Concepts to pursue recovery of damages against Defendant. Plaintiff seeks to recover damages arising from this Loss totaling $1,597,670.89.

## V. FIRST CAUSE OF ACTION – NEGLIGENCE

17.     Plaintiff ZAIC restates and realleges the foregoing paragraphs as if fully set forth verbatim, and would further show the Court the following:

18.     Defendant American Freight had a duty to conduct its business in a reasonable and competent manner so as not to cause damage to other persons or their property, including Retail Concepts' property.

19.     Defendant had a duty and breached its duty by failing to properly select, install, inspect, replace, operate and maintain the lighting equipment in its space, including the subject metal halide lamp and fixture.

20.     Defendant owed a duty and breached its duty by failing to direct and supervise its employees, subcontractors, and/or independent contractors with regard to proper and safe operation and maintenance of its leased space at the Mall, and by failing to act as a reasonably prudent person would have acted under the same or similar circumstances.

21.     Defendant knew or should have known that it was solely responsible for the lighting equipment in its space, including all metal halide fixtures and lamps in its space and that it was responsible for the selection, installation, inspection, operation, replacement and maintenance of same.

22.     Defendant was in the best position to identify the need to replace the subject metal halide lamp (bulb), but failed to do so.

23.     Reasonable inspection by Defendant of the lighting equipment in its store would have revealed that the subject metal halide lamp (bulb) was a Type R lamp that presented an extreme risk of failure that would cause damage to the Mall and to other tenants, including Retail Concepts. Had American Freight acted reasonably and diligently in selecting, installing,

inspecting, operating, replacing and maintaining its metal halide lighting equipment, the Loss would have been prevented.

24.     Defendant had a duty and breached its duty by failing take reasonable steps to avoid and/or prevent potential risks of fire that would result in damage to neighboring spaces at the Mall, including the space leased by Retail Concepts.

25.     Plaintiff's damages were caused by the negligent acts and omissions of Defendant, its employees, subcontractors, and/or independent contractors, in one or more of the following particulars:

    a)    Failing maintain its space a good and safe manner, consistent with reasonable care and lighting equipment manufacturer's recommendations and/or instructions;

    b)    Failing to properly select, install, inspect, operate, maintain and replace the metal halide lighting equipment in its space, to ensure that such equipment was fit for its intended and foreseeable use;

    c)    Failing to select and use the appropriate type of metal halide lamps for its open metal halide fixtures. Specifically, the subject metal halide lamp was a Type R lamp not intended to be used in an open fixture;

    d)    Failing to implement a lamp replacement program to reduce the likelihood of foreseeable non-passive failures in its Type R metal halide lamps;

    e)    Failing to properly train, direct, coordinate, supervise and oversee its employees, independent contractors, and subcontractors to ensure that the metal halide lamps in its space were appropriate for open fixtures;

    f)    Failing to recognize, consider, appreciate, and take appropriate precautionary safety measures to address the fire hazard associated with the use of Type R metal halide lamps in open fixtures; which presented an unreasonable risk of injury, harm, or damage to persons or property

    g)    Failing to warn Plaintiffs' insured that the subject metal halide lamp (bulb) presented an unreasonable hazard and/or risk of fire that would cause damage; and

    h)    Otherwise failing to use due care under the circumstances.

26.     Each of the above referenced acts and omissions, whether taken singly or in combination with others, constituted negligence and proximately caused the Loss and Plaintiff's damages, which are in excess of the minimum jurisdictional limits of this Court.

## VI.  SECOND CAUSE OF ACTION – TRESPASS

27.     Plaintiff restates and realleges the foregoing paragraphs as if fully set forth verbatim, and would further show the Court the following:

28.     Despite having actual and/or constructive knowledge of the potential risk and hazard associated with failure of its lighting equipment, Defendant failed to act reasonably by failing to properly install, regularly inspect, replace and maintain the subject metal halide lamp (bulb).

29.     The Fire occurred as a result of Defendant's negligent conduct, which presented an unreasonable hazard and risk of injury and damage to persons and property.

30.     Defendant is responsible and accountable for Plaintiff's damages caused by the Fire because Defendant allowed the dangerous condition described herein to exist and persist.

31.     The Fire originated inside Defendant's leased space as a result of the failure of the subject metal halide lamp (bulb).  As a result of the Fire, smoke and soot entered Retain Concept's neighboring space, which constituted a physical, intentional and voluntary entry onto said property.

32.     Retail Concepts did not grant Defendant permission to enter its leased space at the Mall.

33.      As a direct and proximate cause of the trespass, Plaintiff has suffered significant damages in excess of the jurisdiction of this Court.

## VII.  JURY DEMAND

34.     Plaintiff demands that this Court empanel a lawful jury to hear the case.

## VIII.  RESERVATION OF RIGHTS

35.     Plaintiff specifically reserves the right to bring additional causes of action against Defendant and to amend this Original Petition as necessary.

## **PRAYER**

WHEREFORE, PREMISES CONSIDERED, Plaintiff ZURICH AMERICAN INSURANCE COMPANY, as Subrogee of Retail Concepts, Inc. d/b/a Sun & Ski Sports, requests that, upon a final hearing, the Court enter a judgment against Defendant AMERICAN FREIGHT OUTLET STORES, LLC, and in favor of Plaintiff for all resulting damages, with prejudgment interest thereon at the legal rate, post-judgment interest at the legal rate, court costs, and for such other and further relief, both at law and in equity, to which Plaintiff may show itself to be justly entitled.

Respectfully submitted,

COZEN O'CONNOR

By_____
Stephen M. Halbeisen
Texas Bar No. 00795837
1717 Main Street, Suite 3100
Dallas, TX 75201
Tel: 214-462-3000
Fax: 214-462-3299
Email: shalbeisen@cozen.com
ATTORNEYS FOR PLAINTIFFS

**Automated Certificate of eService**

This automated certificate of service was created by the efiling system.
The filer served this document via email generated by the efiling system
on the date and to the persons listed below. The rules governing
certificates of service have not changed. Filers must still provide a
certificate of service that complies with all applicable rules.

Terri Veltidi on behalf of Stephen Halbeisen
Bar No. 00795837
tveltidi@cozen.com
Envelope ID: 58197576
Status as of 10/14/2021 3:10 PM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Terri Veltidi | | tveltidi@cozen.com | 10/14/2021 2:56:11 PM | SENT |
| Stephen M. Halbeisen | 795837 | shalbeisen@cozen.com | 10/14/2021 2:56:11 PM | SENT |
| Amanda ReneeYoung | | ayoung@cozen.com | 10/14/2021 2:56:11 PM | SENT |

THE STATE OF TEXAS
DISTRICT COURT, TARRANT COUNTY

### *CITATION*   *Cause No. 017-329669-21*

ZURICH AMERICAN INSURANCE COMPANY
VS.
AMERICAN FREIGHT OUTLET STORES, LLC

TO: AMERICAN FREIGHT OUTLET STORES LLC

B/S REG AGT-THE CORPORATION TRUST COMPANY 1209 ORANGE ST WILMINGTON,DE 19801

You said DEFENDANT are hereby commanded to appear by filing a written answer to the PLAINTIFF'S ORIGINAL PETITION
at or before 10 o'clock A.M. of the Monday next after
the expiration of 20 days after the date of service hereof before the 17th District Court
,100 N CALHOUN, in and for Tarrant County, Texas, at the Courthouse in the City of Fort Worth, Tarrant County, Texas
said PLAINTIFF being

ZURICH AMERICAN INSURANCE COMPANY

Filed in said Court on October 14th, 2021 Against
AMERICAN FREIGHT OUTLET STORES LLC

For suit, said suit being numbered 017-329669-21 the nature of which demand is as shown on said
PLAINTIFF'S ORIGINAL PETITION  a copy of which accompanies this citation.

STEPHEN M HALBEISEN
Attorney for ZURICH AMERICAN INSURANCE COMPANY Phone No. (214)462-3000
Address      1717 MAIN ST STE 3100 DALLAS, TX 75201

_____Thomas A. Wilder_____ , Clerk of the District Court of Tarrant County, Texas. Given under my hand and the seal
of said Court, at office in the City of Fort Worth, this the 18th day of October, 2021.

By _____
NATALIE THIGPEN

A CERTIFIED COPY
ATTEST: 10/18/2021
THOMAS A. WILDER
DISTRICT CLERK
TARRANT COUNTY, TEXAS
BY: /s/ Natalie Thigpen

NOTICE: You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation by 10:00 A.M. on the Monday next following the expiration of
twenty days after you were served this citation and petition, a default judgment may be taken against you. In addition to filing a written answer with the clerk, you may be required to make initial disclosures
to the other parties of this suit. These disclosures generally must be made no later than 30 days after you file your answer with the clerk. Find out more at TexasLawHelp.org.

Thomas A. Wilder, Tarrant County District Clerk, 100 N CALHOUN, FORT WORTH TX 76196-0402

### OFFICER'S RETURN *01732966921000006*

Received this Citation on the _____ day of _____, _____ at _____ o'clock ___M; and executed at
_____ within the county of _____, State of _____ at _____ o'clock ___M
on the _____ day of _____, _____ by delivering to the within named (Def.): _____
defendant(s), a true copy of this Citation together with the accompanying copy of PLAINTIFF'S ORIGINAL PETITION
, having first endorsed on same the date of delivery.

Authorized Person/Constable/Sheriff: _____
County of _____ State of_____ By _____ Deputy
Fees $_____
State of _____ County of _____ (Must be verified if served outside the State of Texas)
Signed and sworn to by the said _____ before me this _____ day of _____, ____
to certify which witness my hand and seal of office
(Seal)

**RETURN / AFFIDAVIT**
**PROOF / ATTACHED**

County of _____, State of _____

EXHIBIT
D

017-329669-21

FILED
TARRANT COUNTY
10/19/2021 11:58 AM
THOMAS A. WILDER
DISTRICT CLERK

## CAUSE NO. <u>017-329669-21</u>

| | | |
|---|---|---|
| ZURICH AMERICAN INSURANCE COMPANY, as Subrogee of Retail Concepts, inc., d/b/a Sun & Ski Sports, | §<br>§<br>§<br>§ | IN THE DISTRICT COURT |
| Plaintiff(s), | § | |
| vs. | §<br>§ | 17TH JUDICIAL DISTRICT |
| | § | |
| AMERICAN FREIGHT OUTLET STORES LLC, | §<br>§<br>§ | |
| | § | TARRANT COUNTY, TEXAS |
| Defendant(s). | § | |

## <u>RETURN OF SERVICE</u>

Came to my hand on **Monday, October 18, 2021 at 12:02 PM,**
Executed at: **1209 ORANGE ST, WILMINGTON, DE 19801**
within the county of **NEW CASTLE** at **2:45 PM,** on **Monday, October 18, 2021,**
by individually and personally delivering to the within named:

### AMERICAN FREIGHT OUTLET STORES LLC

By delivering to its **Registered Agent, THE CORPORATION TRUST COMPANY**
By delivering to its **Authorized Agent, AMY MCLAREN**
a true copy of this

### CITATION and PLAINTIFF'S ORIGINAL PETITION

having first endorsed thereon the date of the delivery.

**BEFORE ME,** the undersigned authority, on this day personally appeared **DENORRIS BRITT** who after being duly sworn on oath states: "My name is **DENORRIS BRITT.** I am a person over eighteen (18) years of age and I am competent to make this affidavit. I am a resident of the State of Delaware. I have personal knowledge of the facts and statements contained in this affidavit and aver that each is true and correct. I am not a party to this suit nor related or affiliated with any herein, and have no interest in the outcome of the suit. I have never been convicted of a felony or of a misdemeanor involving moral turpitude."

By: _____
                 **DENORRIS BRITT – Process Server**

Subscribed and Sworn to by DENORRIS BRITT, Before Me, the undersigned authority, on this
____ day of October, 2021.

KEVIN DUNN
NOTARY PUBLIC
STATE OF DELAWARE
My Commission Expires    August 25, 2022

_____
Notary Public in and for the State of Delaware

*CITATION*

Cause No. 017-329669-21

ZURICH AMERICAN INSURANCE
COMPANY

VS.

AMERICAN FREIGHT OUTLET
STORES, LLC

**ISSUED**

This 18th day of October, 2021

Thomas A. Wilder
Tarrant County District Clerk
100 N CALHOUN
FORT WORTH TX 76196-0402

By        NATALIE THIGPEN Deputy

STEPHEN M HALBEISEN
Attorney for: ZURICH AMERICAN INSURANCE COMPANY
Phone No. (214)462-3000
ADDRESS: 1717 MAIN ST STE 3100

DALLAS, TX 75201

*CIVIL LAW*



*17329669210000006*
SERVICE FEES NOT COLLECTED
BY TARRANT COUNTY DISTRICT CLERK
ORIGINAL

A CERTIFIED COPY
ATTEST: 10/18/2021
THOMAS A. WILDER
DISTRICT CLERK
TARRANT COUNTY, TEXAS
BY: /s/ Natalie Thigpen

017-329669-21

FILED
TARRANT COUNTY
11/5/2021 11:56 AM
THOMAS A. WILDER
DISTRICT CLERK

## CAUSE NO. 017-329669-21

| | | |
|---|---|---|
| ZURICH AMERICAN INSURANCE COMPANY, AS SUBROGEE OF RETIAL CONCEPTS, INC., D/B/A SUN & SKI SPORTS, | § § § § § | IN THE DISTRICT COURT OF |
| Plaintiff, | § § | TARRANT COUNTY, TEXAS |
| V. | § § | |
| AMERICAN FREIGHT OUTLET STORES, LLC, | § § § | 17TH JUDICIAL DISTRICT |
| Defendant. | § § | |

## DEFENDANT AMERICAN FREIGHT OUTLET STORES, LLC'S ORIGINAL ANSWER

Defendant American Freight Outlet Stores, LLC's ("American Freight" or "Defendant") files this Original Answer to Plaintiff's Original Petition, and would respectfully show unto the Court the following:

## I.
## ORIGINAL ANSWER

Pursuant to Rule 92 of the Texas Rules of Civil Procedure, Defendant generally denies each and every, all and singular, the allegations alleged by Plaintiff, and demands strict proof thereon by a preponderance of the evidence in accordance with the laws of the State of Texas.

## II.
## PRAYER

Defendant American Freight Outlet Stores, LLC's respectfully prays that Plaintiff takes nothing by its suit herein, and for all other relief to which Defendant is justly entitled.

EXHIBIT
E

Respectfully submitted,

THOMPSON, COE, COUSINS & IRONS, L.L.P.


/s/ Rhonda J. Thompson
**Rhonda J. Thompson**
State Bar No. 24029862
**Drew A. Jones**
State Bar No. 24083269

**THOMPSON, COE, COUSINS & IRONS, LLP**
700 N. Pearl Street, 25th Floor
Dallas, Texas 75201
Telephone:   (214) 871-8200
Facsimile:    (214) 871-8209
rthompson@thompsoncoe.com
drew.jones@thompsoncoe.com

**COUNSEL FOR AMERICAN FREIGHT
OUTLET STORES, LLC**


## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing document was served on all parties on November 5, 2021.

Stephen M. Halbeisen
1717 Main Street, Suite 3100
Dallas, Texas 75201
Tel: (214) 462-3000
Fax: (214) 462-3299
E-mail: shalbeisen@cozen.com


/s/ Drew A. Jones
Drew A. Jones


**DEFENDANT AMERICAN FREIGHT'S ORIGINAL ANSWER**                                        Page 2

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

| | | |
|---|---|---|
| **ZURICH AMERICAN INSURANCE** | § | |
| **COMPANY, AS SUBROGEE OF RETAIL** | § | |
| **CONCEPTS, INC., D/B/A SUN & SKI** | § | |
| **SPORTS,** | § | |
| | § | |
| **Plaintiff,** | § | **CIVIL ACTION NO. _____** |
| | § | |
| **V.** | § | |
| | § | |
| **AMERICAN FREIGHT OUTLET** | § | |
| **STORES, LLC,** | § | |
| | § | |
| **Defendant.** | | |

**LIST OF PARTIES AND COUNSEL**

1.  <u>ZURICH AMERICAN INSURANCE COMPANY, AS SUBROGEE OF CONCEPTS, INC., D/B/A SUN & SKI SPORTS</u>
    Represented by:

    Stephen M. Halbeisen
    COZEN O'CONNOR
    1717 Main Street, Suite 3100
    Dallas, Texas 75201
    Telephone: (214) 462-3000
    Facsimile: (214) 421-3299
    Email: shalbeisen@cozen.com
    *Counsel for Plaintiff*

2.  <u>AMERICAN FREIGHT OUTLET STORES, LLC</u>
    Represented by:

    Rhonda J. Thompson
    Drew A. Jones
    THOMPSON, COE, COUSINS & IRONS, L.L.P.
    700 N. Pearl Street, 25th Floor
    Dallas, Texas 75201
    Telephone: (214) 871-8200
    Facsimile: (214) 871-8209
    rthompson@thompsoncoe.com
    drew.jones@thomponcoe.com
    *Counsel for Defendant*

EXHIBIT
F

1